NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD BEARDEN,                      )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-5114
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce E. Kyle, Judge.

Edward Bearden, pro se.

PER CURIAM.

          Affirmed.  See Allen v. State, 684 So. 2d 819 (Fla. 1996); State v. Enmund, 476 So. 2d 165 (Fla. 1985); Harmon v. State, 438 So. 2d 369 (Fla. 1983); Borges v. State, 415 So. 2d 1265 (Fla. 1982); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Emmett v. State, 764 So. 2d 675 (Fla. 2d DCA 2000); Washington v. State, 752 So. 2d 16 (Fla. 2d DCA 2000) (en banc); Bearden v. State, 481 So. 2d 542 (Fla. 2d DCA 1986); Adams v. State, 435 So. 2d 953 (Fla. 2d DCA 1983).

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.